UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>vs.<br><br>JIMMY LEUNG,<br><br>                     Defendant. | 2:02-cr-00337-LRH-RJJ<br>2:07-cv-01227-LRH-RJJ<br><br>ORDER |

Defendant having filed Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (#166[1]), and pursuant to Rule 5 of Section 2255 Proceedings,

IT IS HEREBY ORDERED that a responsive pleading shall be filed by the Government within forty-five (45) days of entry of this Order.  The matter will then be submitted to the Court for decision.

Also before the court is Defendant's Motion for Status (#168), which is denied as moot.

IT IS SO ORDERED.

DATED this 7th day of April, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to court docket number.